Elliot Gale (State Bar No. 263326)
egale@sagarialaw.com
Joe Angelo (State Bar No. 268542)
jangelo@sagarialaw.com
SAGARIA LAW, P.C.
3017 Douglas Blvd., Ste. 200
Roseville, California 95661
Telephone: (408) 279-2288
Facsimile: (408) 279-2299

Attorneys for Plaintiff
Manon Huang

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA — SACRAMENTO DIVISION

| | |
|---|---|
| MANON HUANG<br><br>Plaintiff,<br><br>vs.<br><br>HSBC BANK USA, NATIONAL ASSOCIATION<br>Defendant. | Case No.: 2:18-cv-02138-MCE-DB<br><br>**ORDER OF DISMISSAL** |

In accordance with the stipulation of the parties pursuant to Federal Rule of Civil Procedure 41(a)(2), and good cause appearing, the above entitled matter is hereby dismissed, with prejudice, each party shall bear its own attorneys' fees and costs. The case having now been concluded in its entirety, the Clerk of Court is directed to close the file.

IT IS SO ORDERED.

Dated: January 9, 2019

_____
MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE